**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                        Case No. 3:15-mj-1170-JRK

**JOSHUA RYNE GOLDBERG**
_____

**O R D E R**

This case is before the Court on the issue of Defendant's competency to proceed. On December 16, 2015, the undersigned entered an Order (Doc. No. 29) finding Defendant incompetent to proceed in this matter and directing, inter alia, that he undergo treatment and evaluation at a designated facility for a reasonable period of time not to exceed four months. Defendant underwent treatment and competency restoration during the four-month period at the Federal Medical Center in Butner, North Carolina ("FMC Butner"). The period was subsequently extended upon showings that Defendant remained incompetent but there was a substantial likelihood that within a reasonable period of time he would attain the capacity to permit the proceedings to go forward. See Order (Doc. No. 45), entered June 15, 2016; Order (Doc. No. 49), entered December 12, 2016. On March 30, 2017, a Certificate of Restoration of Competency to Stand Trial (Doc. No. 53), issued by M.K. Lewis, Associate Warden at FMC Butner, was filed with the Court.

The undersigned held an competency hearing on April 27, 2017. The Court heard testimony from lead evaluator Dr. Adeirdre L. Stribling Riley, Ph.D., as well as Dr. Tracy O'Connor Pennuto, J.D., Ph.D., and Bryon L. Herbel, M.D. See Minute Entry (Doc. No. 56). The Court marked as Exhibits 1-3 the reports from FMC Butner,[1] and they were made part

---

[1] The reports were signed by evaluators on May 23, 2016 (Court's Ex. 1), November 8, 2016 (Court's Ex. 2), and March 24, 2017 (Court's Ex. 3), respectively.

of the record.

Upon consideration of all of the evidence presented, including the expert testimony that Defendant is competent to proceed, the Court finds by a preponderance of the evidence that Defendant has at the present time a sufficient mental ability to:

1. consult with counsel with a reasonable degree of rational understanding; and

2. have a rational as well as factual understanding of the nature and consequences of the proceedings against him.

The Court further finds Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the Court finds Joshua Ryne Goldberg is competent to participate in all pretrial proceedings and to stand trial.

In addition, based on the parties' agreement and Dr. Riley's recommendation that Defendant continue to receive monitoring by medical and mental health professionals, in the interest of maintaining Defendant's competency, **Defendant shall remain at FMC Butner pending further Order**.

**DONE AND ORDERED** at Jacksonville, Florida on April 28, 2017.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

clr
Copies to:

Assistant U.S. Attorney (Frein)
Paul A. Shorstein, Esq.
Defendant (via staff at FMC Butner)
U.S. Marshal
U.S. Pretrial

J.C. Holland, Complex Warden
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Adeirdre Stribling Riley, Ph.D.
Forensic Psychologist
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Tracy O'Connor Pennuto, J.D., Ph.D.
Staff Neuropsychologist
Federal Medical Center
P.O. Box 1600
Butner, NC 27509