**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.

JOSHUA RYNE GOLDBERG

_____

Case No. 3:15-mj-1170-JRK

**O R D E R**

The preliminary hearing set for **WEDNESDAY, AUGUST 23, 2017 at 11:00 AM**, see Notice (Doc. No. 59), will now be held in Courtroom 13A, Thirteenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. Counsel shall appear for the hearing in Courtroom 13A. Defendant shall appear for the hearing via videoconferencing technology from FMC Butner.

The Court requests that FMC Butner produce Joshua Ryne Goldberg (Reg. No. 63197-018) in the videoconferencing room at that facility on the date and time of the scheduled hearing.

**DONE AND ORDERED** at Jacksonville, Florida on August 16, 2017.

JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Asst. U.S. Attorney (Frein)
Paul A. Shorstein, Esquire
Joseph Bott, Systems
U.S. Marshal
U.S. Probation
U.S. Pretrial

M.K. Lewis, Associate Warden
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Dawn Henry
Videoconferencing Coordinator
Federal Medical Center
P.O. Box 1600
Butner, NC 27509