# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

Case No. 3:15-mj-1170-J-JRK

-vs-

JOSHUA RYNE GOLDBERG

Defense Atty.: Paul A. Shorstein, Esquire
AUSA: Kevin C. Frein, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 8/23/2017<br>11:05 a.m. - 11:18 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Cindy Packevicz Jarriel |
| INTERPRETER | None Present | PRETRIAL/PROBATION | None Present |

## CLERK'S MINUTES

**PROCEEDINGS:** PRELIMINARY HEARING

Defendant present via video-conference from FMC Butner.

Defense counsel advised the Court that Defendant desires to waive his right to a preliminary hearing.

Defendant placed under oath and questioned regarding waiving such rights.

Court finds that Defendant knowingly, intelligently, voluntarily, and freely waived his right to a preliminary hearing.

**Order to enter.**

Defense counsel advised the Court that Defendant desires to continue to waive the 30 day time period under the Speedy Trial Act in which the government has to bring charges against Defendant.

Defendant questioned regarding continuing his waiver of the 30 day time period.

Court finds Defendant knowingly, intentionally, voluntarily, and freely waived the 30 day time period under the Speedy Trial Act in which the government has to bring charges against the Defendant. The Court finds the ends of justice served by the extension outweigh the best interest of the public and Defendant in a speedy indictment.

[Continued to Page Two]

**United States v. Joshua Ryne Goldberg**
**Case No.: 3:15-mj-1170-J-JRK**
**Page Two**

_____

**Order to enter.**

Defendant to remain at FMC Butner.

Status hearing set for **Wednesday, December 13, 2017 at 2:00 p.m.** in Courtroom 13A, with Defendant appearing via video conference from FMC Butner.

**Order to enter.**