**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                              **Case No. 3:15-mj-1170-JRK**

**JOSHUA RYNE GOLDBERG**

---

**O R D E R**

This matter is before the Court sua sponte. On August 25, 2017, a status hearing was set before the undersigned for Wednesday, December 13, 2017 at 2:00 p.m., in Courtroom 13A. See Order (Doc. No. 68). Upon consideration, it is

**ORDERED:**

1. The status hearing is **RESCHEDULED** and shall be held before the undersigned on **Wednesday, December 20, 2017 at 2:00 p.m.,** in Courtroom 5D[1], Fifth Floor, at the Bryan Simpson United States Courthouse, Jacksonville, Florida. **Defendant's presence is required.**

2. The U.S. Marshals Service shall arrange for the direct transport of Defendant to a facility near Jacksonville, Florida to occur as close to December 20, 2017 as practicable.

3. Upon completion of the status hearing, the United States Marshals Service shall return Defendant to the Federal Medical Center in Butner, North Carolina ("FMC Butner").

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse. In addition, cellular telephones and laptop computers are generally prohibited in the Courthouse. Counsel only may bring personal electronic devices into the United States Courthouse as provided for in the General Order (Doc. No. 1), No. 6:13-mc-94-Orl-22, signed October 1, 2013 and entered October 2, 2013. The device(s) must be on silent mode while in the courtroom.

4. Once Defendant returns to FMC Butner, he shall remain at FMC Butner pending further Order of this Court.

**DONE AND ORDERED** at Jacksonville, Florida, on December 8, 2017.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Assistant U.S. Attorney (Frein)
Paul A. Shorstein, Esquire
U.S. Marshal (3 certified copies)
U.S. Probation
U.S. Pretrial

J.C. Holland, Complex Warden
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Dawn Henry
Videoconferencing Coordinator
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Kelly Forbes
Health System Specialist
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Joseph Bott, Systems